NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DARRELL BENJAMIN, DOC #502491,   )
   )
      Appellant,   )
   )
v.   )   Case No. 2D18-2661
   )
STATE OF FLORIDA,   )
   )
      Appellee.   )
   )

Opinion filed October 30, 2019.

Appeal from the Circuit Court for Pinellas
County; William H. Burgess, III, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew J. Salvia, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


Affirmed.


NORTHCUTT, BLACK, and SALARIO, JJ., Concur.